

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Catherine Dreyer,

* From the 42nd District Court
  of Coleman County,
  Trial Court No. CV06634.

Vs. No. 11-18-00234-CV

* September 11, 2020

Christie L. Wislicenus, Administratrix
of the Estate of Mark D. Wislicenus,
and Rogenna G. Hanson, trustee of the
Rogenna G. Hanson Revocable Living
Trust,

* Memorandum Opinion by Stretcher, J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the trial court's judgment to the extent that it ordered that the handwritten gift document was rescinded and remand to the trial court for further proceedings the issue of whether the handwritten gift document is valid. We affirm the trial court's judgment in all other respects. The costs incurred by reason of this appeal are taxed one-half against Catherine Dreyer and one-half against Rogenna G. Hanson Revocable Living Trust.